**FORM 8.   Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Gene H. Yamagata, et al. _____ v. _____ United States _____

No. 14-5065

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se          ☑ As counsel for:    Rex G. Maughan and Ruth G. Maughan
                                        Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☑ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Tim A. Tarter |
| Law firm: | Woolston & Tarter, P.C. |
| Address: | 2525 E. Arizona Biltmore Cir., Ste. B-218 |
| City, State and ZIP: | Phoenix, AZ 85016-2133 |
| Telephone: | (602) 532-9197 |
| Fax #: | (602) 532-9193 |
| E-mail address: | tim@woolston-tarter.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): February 21, 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

4/16/14 _____                    _____ /s/ Tim A. Tarter _____
Date                                Signature of pro se or counsel

cc: Arthur T. Catterall _____