**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Gene H. Yamagata, et al.   v.   United States

No. 14-5065

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for: Rex G. Maughan and Ruth G. Maughan
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

- Name: Philip Charles Wilson
- Law firm: Woolston & Tarter, P.C.
- Address: 2525 E. Arizona Biltmore Cir., Ste. B-218
- City, State and ZIP: Phoenix, AZ 85016-2133
- Telephone: (602) 532-9195
- Fax #: (602) 532-9193
- E-mail address: phil@woolston-tarter.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): February 27, 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 4/16/14 | /s/ Philip Charles Wilson |
|---|---|
| Date | Signature of pro se or counsel |

cc: Arthur T. Catterall