Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Gene H. Yamagata, et al.,   v. United States

No. 14-5065

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for:   Gene H. Yamagata
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Kenneth B. Vaughn, Esq. - Of Counsel |
| Law firm: | Grant & Vaughn, P.C. |
| Address: | 6625 N. 24th Street, Suite 125 |
| City, State and ZIP: | Phoenix, Arizona 85016 |
| Telephone: | 602-393-4322 |
| Fax #: | 602-393-4327 |
| E-mail address: | vaughn@phxlaw.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): February 21, 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

4/16/14
Date

/s/ Kenneth B. Vaughn
Signature of pro se or counsel

cc: Arthur T. Catterall, Esq and Tim A. Tarter, Esq.