NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GENE H. YAMAGATA, REX G. MAUGHAN,** AND **RUTH G. MAUGHAN,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5065

---

Appeal from the United States Court of Federal Claims in Nos. 1:07-cv-00698-NBF and 1:07-cv-00704-NBF, Judge Nancy B. Firestone.

---

**ON MOTION**

---

**O R D E R**

Appellants move without opposition for an extension of time, until August 29, 2014, to file their principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For the Court

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27