NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**GENE H. YAMAGATA, REX G. MAUGHAN, AND RUTH G. MAUGHAN,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

_____

2014-5065

_____

Appeal from the United States Court of Federal Claims in Nos. 1:07-cv-00698-NBF and 1:07-cv-00704-NBF, Judge Nancy B. Firestone.

_____

**ON MOTION**

_____

**O R D E R**

The appellants move without opposition for a 49-day extension of time, until February 20, 2015, to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                            YAMAGATA v. US

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27